**Richard McNEIL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 56773.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 3, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 11, 1990..

Application to Transfer Denied
June 19, 1990.

Janis C. Good, Earlyne M. Thomas, St. Louis, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Richard McNeil, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended

opinion would have no precedential value. Rule 84.16(b).